PURCELL v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by James Purcell against the Metropolitan Street Railroad Company. No opinion. Motion denied, on payment of $10 costs.

QUACKENBUSH, Appellant, v. MORAN, Respondent. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Louisa Quackenbush against John H. Moran. No opinion. Judgment affirmed, with costs.

RICE et al., Respondents, v. ZINDEL, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Ignatius Rice and others against Rose Zindel. E. S. Clinch, for appellant. E. Bisbee, for respondents.

PER CURIAM. Judgment affirmed, with costs, with leave to defendant to withdraw demurrer and to answer, on payment of costs in this court and in the court below.

RISLEY v. HARLOW et al. (Supreme Court, Appellate Division, Fourth Department. May 23, 1905.) Action by Adelbert D. Risley against Charles H. Harlow and another.

PER CURIAM. Order modified, by striking out the names of George H. Newhall and Richard E. Lyman as persons to be examined; also by limiting persons to be examined, other than those named in said order, to those residing in Rhode Island, and connected or purporting to have been connected as incorporators or otherwise with the Nautical Preparatory School; also by changing the time for said examination from May 1 to 6, 1905, to July 5 to 12, 1905, inclusive; also by providing that at least two days before the date when said examination is to commence plaintiff shall pay to the counsel agreed upon by the defendants, if any, the sum of $150, expenses and counsel fee, for attending the execution of said commission. As so modified, said order is affirmed, without costs.

WILLIAMS, J., dissents, and votes for absolute reversal of the order, upon the ground (1) that there is no sufficient reason shown in the moving papers why an order for an open commission should be granted at all, and (2) upon the ground that the order, as provided for, is not in compliance with the express provisions of the Code of Civil Procedure, which directs what the order should be. Sections 897, 898, Code Civ. Proc.

STOVER, J., agrees with WILLIAMS, J., upon the first objection.

ROACH, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by Belden Roach against the city of New York. A. A. Wheat, for appellant. G. S. Coleman, for respondent.

PER CURIAM. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs in this court and in the court below.

ROBERT B. MacLEA CO., Respondent, v. ROTH, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by the Robert B. MacLea Company against Ignatz Roth. E. Blumenstiel, for appellant. L. R. Conklin, for respondent. No opinion. Judgment and order affirmed, with costs.

ROBERTS v. FRIEDMAN. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Peter Roberts against Harris Friedman. No opinion. Motion denied.

ROCKLAND LAKE TRAP ROCK CO., Respondent, v. CENTRAL R. CO. OF NEW JERSEY, Appellant, et al. (Supreme Court, Appellate Division, Second Department. June 9, 1905.) Action by the Rockland Lake Trap Rock Company against the Central Railroad Company of New Jersey and the Cornell Steamboat Company. No opinion. Judgment and order unanimously affirmed, with costs.

ROGERS v. CLYDE S. S. CO. (Supreme Court, Appellate Division, First Department. June 26, 1905.) Action by Margaret Rogers against the Clyde Steamship Company. No opinion. Motion denied, with $10 costs.

ROOSEVELT et al. v. SCHILE et al. (two cases). (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by John E. Roosevelt and another against Romeo H. Schile and others. J. A. Speer, for plaintiffs. E. W. S. Johnston, for defendants Schile and others. W. G. McCrea, for defendants Lange and others.

PER CURIAM. Order affirmed, with $10 costs and disbursements.

LAUGHLIN, J., dissents on his former opinion. 88 N. Y. Supp. 592.